# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| TROY NOEL, both individually and on behalf and as natural tutor of his minor children, ALEX NOEL and BRANDEN NOEL, and also on behalf of his deceased wife, AMY NOEL,<br><br>    Plaintiff,<br><br>vs.<br><br>STERLING AUTOMOVIE GROUP, INC., KIA MOTORS CORPORATION, and HYUNDAI MOBIS CO., LTD.,<br><br>    Defendants. | CIVIL ACTION NO. 6:15-cv-02469<br><br>JUDGE RICHARD T. HAIK, SR.<br><br>MAGISTRATE JUDGE PATRICK J. HANNA |

## ORDER

Considering the MOTION TO REMAND filed by plaintiff, Troy Noel (both individually and on behalf and as natural tutor of his minor children, Alex Noel and Branden Noel, and also on behalf of his deceased wife, Amy Noel);

IT IS ORDERED THAT the MOTION TO REMAND is hereby granted and this case is remanded to the 16th Judicial District Court for the Parish of Iberia, State of Louisiana.

Lafayette, Louisiana, this _____ day of _____ 2015.

_____
U.S. District Court Judge